OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-12-00118-CR     PD-0673-15

6/3/2015

CANTON, JAMARIOS LECHRISTOPHER    Tr. Ct. No. F1017409

The appellant's pro se petition for discretionary review has this day been transferred from case number PD-0084-13 and filed in the above referenced case number.

Abel Acosta, Clerk



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 0 4 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *

FILE COPY